# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ADVANCED SURGICAL CONCEPTS,
L.L.C.

NO.   2021 CW 1497

VERSUS

ALPESH D. PATEL, M.D.

**FEBRUARY 14, 2022**

---

In Re:   Alpesh D. Patel, M.D., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 705,782.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT